**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __4/27/22__

**LISA SCOLARI**
Attorney at Law
20 Vesey Street, Suite 400
New York, New York 10007
scolarilaw@gmail.com

TEL 212-227-8899                                                                                       FAX 212-964-2926

April 26, 2022

Honorable Andrew L. Carter
United States District Court
40 Foley Square
New York, N.Y. 10007
*via ECF*

Re: **United States v. Joyner,**
**21 Cr. 673 (ALC)**

Your Honor:

    I have an E.D.N.Y. appearance at the same time as the May 3, 2022 conference in the above case and am unable to appear for my client Tyrell Sumpter. Therefore, I write to request that the Court permit Susan Walsh, Esq., to stand in for Mr. Sumpter on my behalf. I have discussed the situation with Mr. Sumpter and he consents to this request.

                                                  Respectfully,

                                                  *Lisa Scolari*
                                                  Lisa Scolari

SO ORDERED:

*/s/ Andrew L. Carter*
_____
HON. ANDREW L. CARTER   4/27/22