```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 5/19/22
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- x
UNITED STATES OF AMERICA,

                           Plaintiff,

    -against-                                  21-CR-673 (ALC)

TYRELL SUMPTER,                       **ORDER**

                           Defendant.

-------------------------------------------------------------------- x

**ANDREW L. CARTER, JR., District Judge:**

    A Change of Plea Hearing is set for **May 31, 2022** at **1:00 p.m.**

**SO ORDERED.**

Dated:    New York, New York
            May 19, 2022

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**