USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 5-31-22

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- x
UNITED STATES OF AMERICA,

       Plaintiff,

 -against-

TYRELL SUMPTER,

       Defendant.

-------------------------------------------------------------------- x

21-CR-673 (ALC)

ORDER

**ANDREW L. CARTER, JR., District Judge:**

  The Change of Plea Hearing set for May 31, 2022 is adjourned to **June 2, 2022** at 2:00 p.m.

**SO ORDERED.**

Dated:  New York, New York
     May 31, 2022

            _____
            **ANDREW L. CARTER, JR.**
            **United States District Judge**