```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 6-6-22
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
UNITED STATES OF AMERICA,

                Plaintiff,

      -against-

TYRELL SUMPTER,

                Defendant.

-------------------------------------------------------------- x

21-CR-673 (ALC)

ORDER

ANDREW L. CARTER, JR., District Judge:

A Change of Plea Hearing is set for **June 14, 2022** at **3:00 p.m.**

SO ORDERED.

Dated:    New York, New York
            June 6, 2022

                                            _/s/ Andrew L. Carter, Jr._
                                            ANDREW L. CARTER, JR.
                                            United States District Judge