USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 6-14-22

EdwNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
United States of America,

                                            **ORDER**
                                            21-CR-673  (ALC)

        -against-

Tyrell Sumpter,
-----------------------------------------------------------X
ANDREW L. CARTER, JR., United States District Judge:

    The Change of Plea Hearing scheduled for today is cancelled.

    **SO ORDERED.**

Dated: New York, New York
       June 14, 2022

                                              */s/ Andrew L. Carter, Jr.*
                                              ANDREW L. CARTER, JR.
                                              UNITED STATES DISTRICT JUDGE