UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ x

UNITED STATES OF AMERICA,

                Plaintiff,

    -against-

TYRELL SUMPTER,

                Defendant.

------------------------------------------------------------------ x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 6-30-22

21-CR-673 (ALC)

**ORDER**

ANDREW L. CARTER, JR., District Judge:

    A Change of Plea hearing is scheduled for **July 15, 2022** at **4:00 p.m.**

SO ORDERED.

Dated:    New York, New York
            June 30, 2022

                                      ANDREW L. CARTER, JR.
                                      United States District Judge