MEMO ENDORSED

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __10/11/22__
```

**LISA SCOLARI**
Attorney at Law
20 Vesey Street,  Suite 400
New York, New York 10007
scolarilaw@gmail.com
212-227-8899

October 3, 2022

Honorable Andrew L. Carter
United States District Court
40 Foley Square
New York, N.Y. 10007
*via ECF*

**Re: United States v. Tyrell Sumpter**
**21 Cr. 673  (ALC)**

Your Honor:

     I write to request an adjournment of Mr. Sumpter's sentence which is currently scheduled for October 18, 2022, to a date in mid-November, 2022. My sentencing memo is due tomorrow, but I have yet to receive the final pre-sentence report. I need the additional time to obtain the report, review it with Mr. Sumpter and prepare a sentencing memorandum.

     Therefore, I request an adjournment to a date in mid-November,  2022. The government, by Aline Flodr, Esq., consents to this application.

Respectfully,

*Lisa Scolari*

Lisa Scolari

The application is **GRANTED.**  Sentencing adjourned to 11/17/22 at 12:00 p.m.

SO ORDERED:

_____
HON. ANDREW L. CARTER   10/11/22