**MEMO ENDORSED**

**LISA SCOLARI**
Attorney at Law
20 Vesey Street, Suite 400
New York, New York 10007
scolarilaw@gmail.com
212-227-8899

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __1/25/23__

January 24, 2023

Honorable Andrew L. Carter
United States District Court
40 Foley Square
New York, N.Y. 10007
*via ECF*

**Re: United States v. Tyrell Sumpter**
**21 Cr. 673 (ALC)**

Your Honor:

    I write to request an adjournment of Tyrell Sumpter's sentence, currently scheduled for February 2, 2023 to a date in early March, 2023. The adjournment is requested the defense more time to prepare and submit a sentencing submission.

    The government, by Aline Flodr, Esq., consents to this application. Therefore the defense requests an adjournment of the sentence to a date in early March, 2023.

Respectfully,

*Lisa Scolari*

Lisa Scolari

**The application is GRANTED.** The sentencing is adjourned to 3/14/23 at 2:00 p.m.

SO ORDERED:

_____
HON. ANDREW L. CARTER    1/25/23